AO 91 (Rev. 11/11) Criminal Complaint

Felony

United States District Court
Southern District of Texas
FILED

DEC 12 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis GALLEGOS<br><br>*Defendant(s)* | )<br>)<br>) Case No. B-19-MJ-1287<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 11, 2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code 841 and 846 | Knowingly and intentionally possess with intent to distribute approximately 172.75 kilograms of marijuana, a Schedule 1, Title 1, of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with known and unknown persons to unlawfully with intent to distribute approximately 172.75 kilograms of marijuana, a Schedule 1, Title 1, of the Controlled Substance Act. |

This criminal complaint is based on these facts:

On December 11, 2019, at approximately 11:05 a.m., United States Border Patrol Agents conducting line watch duties in Brownsville, Texas observed several individuals crossing the Rio Grande River carrying large heavily laden bundles. Moments later, agents observed a white Mitsubishi, on the U.S. side, traveling away from the same location the individuals had just crossed the river with bundles. Border Patrol Agents approached and upon seeing this, the driver of

☑ Continued on the attached sheet.

*Complainant's signature*

Javier Sandoval HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/12/2019__

*Judge's signature*

City and state: __Brownsville, Texas__    Ronald G. Morgan U.S. Magistrate Judge
*Printed name and title*

B-19-MJ-1287

the Mitsubishi, later identified as Jose Luis Gallegos, conducted a U-turn and drove back towards the river. GALLEGOS then parked and exited the vehicle near the river. Border Patrol agents confronted GALLEGOS and discovered a total of fifteen bundles containing. The contents of the bundles were later tested and resulted in a positive test for the properties of marijuana. After being read his Miranda Rights by HSI Special Agents, GALLEGOS stated he had agreed to participate in this narcotic smuggling attempt to repay a debt owed to an unknown narcotics smuggler.

_____
*Complainant's Signature*

*Javier Sandoval HSI/TFO*
*Print name and title*

Sworn to before and signed in my presence.

DATE: 12/12/2019

_____
*Judges' Signature*

City and state: Brownsville, Texas

Ronald G. Morgan U.S. Magistrate Judge
*Printed name and title*